No. —, original. EX PARTE MARK O. DAVIS. May 1, 1939. Motion for leave to file petition for writ of mandamus denied.

No. —. STONER v. BOARD OF COMMISSIONERS OF BOULDER COUNTY. May 1, 1939. Motion for mandate denied.

No. 748. FORD MOTOR Co. v. CLARK, SECRETARY OF STATE OF TEXAS, ET AL. May 1, 1939. Motion to substitute Tom L. Beauchamp, present Secretary of State, and Gerald Mann, present Attorney General, as parties respondent in place of Edward Clark and William McCraw, respectively, granted.

No. 532. DEPPE v. GENERAL MOTORS CORP. May 1, 1939. Petition for reopening denied. *Mr. William P. Deppe, pro se.* No appearance for respondent.

No. 906. ROSEHILL CEMETERY Co. v. STEELE. Decided May 15, 1939. *Per Curiam:* The motion of the appellee to dismiss the appeal is granted, and the appeal is dismissed for want of a properly presented substantial federal question. (1) *Willoughby* v. *Chicago,* 235 U. S. 45, 49; *Cleveland & Pittsburgh R. Co.* v. *Cleveland,* 235 U. S. 50, 53; *Mellon* v. *O'Neil,* 275 U. S. 212, 214–215; (2) *Violet Trapping Co.* v. *Grace,* 297 U. S. 119, 120; *Ingraham* v. *Hanson,* 297 U. S. 378, 381; *Schenebeck* v. *McCrary,* 298 U. S. 36, 37. *Mr. Carroll J. Lord* for appellant. *Mr. Henry N. Shabsin* for appellee.